SEYMOUR HALLIDAY VS. THE JACKSONVILLE AND ALLIGATOR PLANK ROAD COMPANY.

1. The Supreme Court has no authority to entertain an Appeal, coming up directly from a Justice's Court.

DuPONT, J.

This is an Appeal taken from the judgment of the Circuit Court, held in and for the County of Duval.

The decision made in the case of Henderson vs. Brown, determined at the present term, and the views contained

304 SUPREME COURT,

Halliday vs. Plank R. Co.—Opinion of Court.

in the opinion therein delivered, are decisive inregard to this case. This Court will not entertain jurisdiction of a cause coming up by appeal, directly from a Justice's Court.

Let the appeal be dismissed with costs.